# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, | : |
| Plaintiff, | : |
| vs. | : CA 19-0436-JB-MU |
| JERRY AND JOHN WOODS CONSTRUCTION CORP., INC., et al., | : |
| | : |
| Defendants. | |

## ORDER

At the request of the parties (*see* Doc. 22), this cause came on for a status conference by telephone today (*see* Doc. 23). Consistent with the contents of Paragraph 12 of the Scheduling Order (*see* Doc. 21, ¶ 12) and Fed.R.Civ.P. 56(b), Plaintiff is **AUTHORIZED** to file a motion for summary judgment in advance of the close of discovery and, as well, may file another motion for summary judgment following the close of discovery should the initial dispositive motion not lead to a resolution of all claims set forth in the Complaint.

**DONE** and **ORDERED** this the 21st day of February, 2020.

                            s/P. Bradley Murray
                         **UNITED STATES MAGISTRATE JUDGE**